Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONOVAN and JANICE FLECK and the marital community composed thereof,

Plaintiffs,

v.

CREDIT PROTECTION ASSOCIATION, L.P., a Texas Limited Partnership,

Defendant.

No. 3:11-cv-05035

DECLARATION OF DAVID J. ELKANICH IN SUPPORT OF DEFENDANT CREDIT PROTECTION ASSOCIATION, L.P.'S MOTION TO DISMISS

I, David J. Elkanich, am over the age of eighteen, and declare as follows:

1. I submit this declaration in support of Defendant Credit Protection Association, L.P.'s Motion to Dismiss.

2. I am one of the attorneys representing Defendant Credit Protection Association, L.P. ("CPA") in this matter.

/ / / / /

/ / / / /

/ / / / /

DECLARATION OF DAVID J. ELKANICH IN SUPPORT OF DEFENDANT CREDIT PROTECTION ASSOCIATION, L.P.'S MOTION TO DISMISS – 1

HINSHAW & CULBERTSON LLP
1000 SW BROADWAY, SUITE 1250
PORTLAND, OREGON 97201
T. 503.243.3243
F. 503-243-3240

3.     Attached as Exhibit "A" is a true and correct copy of the September 13, 2010 letter sent by CPA to Donovan Fleck. To protect personal privacy and pursuant to Fed. R. Civ. P. 5.2 and WAWD Local Rule CR 5.2, the account holder's social security number, comcast account number and home address have been redacted.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 25th day of January 2011.

HINSHAW & CULBERTSON LLP

*/s David J. Elkanich*
David J. Elkanich, WSBA No. 35956
Attorney for Defendant Credit Protection Association, L.P.

DECLARATION OF DAVID J. ELKANICH IN SUPPORT OF DEFENDANT CREDIT PROTECTION ASSOCIATION, L.P.'S MOTION TO DISMISS – 2

HINSHAW & CULBERTSON LLP
1000 SW BROADWAY, SUITE 1250
PORTLAND, OREGON 97201
T. 503.243.3243
F. 503-243-3240

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2011, I caused the document **DECLARATION OF DAVID J. ELKANICH IN SUPPORT OF DEFENDANT CREDIT PROTECTION ASSOCIATION, L.P.'S MOTION TO DISMISS** to be electronically filed with the clerk of the Court through the CM/ECF system, which will send notification of such filing(s) to the following:

Mr. Robert W. Mitchell
901 N. Monroe, Suite 356
Spokane, Washington 99201
Telephone: 509-327-2224
Facsimile: 509-327-3374
Email: bobmitchellaw@yahoo.com

Attorney for Plaintiffs

DATED this 25th day of January, 2011.

HINSHAW & CULBERTSON LLP

/s David J. Elkanich
David J. Elkanich, WSBA No. 35956
Attorney for Defendant Credit Protection
Association, L.P.

CERTIFICATE OF SERVICE

HINSHAW & CULBERTSON LLP
1000 SW BROADWAY, SUITE 1250
PORTLAND, OREGON 97201
T. 503.243.3243
F. 503-243-3240

# EXHIBIT A

# COLLECTION NOTICE
## CREDIT PROTECTION ASSOCIATION L.P.
### AVISO IMPORTANTE DE COBRO

September 13, 2010
01-001436
87781010106901441
01600500270
Donovan & Fleck

Service balance: $305.67
Total Amount Due: $305.67

2002-0036

01600500270

#BWNFMBY ******ALL FOR AADC 970
#01600500270#

Donovan & Fleck

Remit to:

Comcast Portland
Po Box 34227
Seattle WA 98124-1227

02 01001436 000000000001600500270 0030567 5

---

**FOLD TEAR AND RETURN TOP PORTION WITH YOUR PAYMENT**

**Creditor:** Comcast Portland
**Account #:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Reference #:** 01600500270

**Toll Free** (800) 255-6775
**Your SSN #** ▓▓▓▓▓▓▓
**Balance Due:** $305.67
2002-0036

September 13, 2010

Dear Donovan & Fleck:

Comcast Portland has informed us that no payment or arrangement was made to settle your overdue account in the amount of $305.67. Be advised that the thirty (30) day validation period discussed in our first letter concerning the validity of your debt will pass within the next three (3) weeks. If you do not seek validation, we will assume that your debt is valid at the end of that period. If this account is not settled, your name and account number will be reported to credit bureaus throughout the country.

Credit Protection Association is a professional collection agency retained by thousands of cable systems nationwide and is authorized to take all appropriate steps to collect this debt.

To insure proper credit, include the top portion of this letter with your payment. If payment has already been made, please contact Comcast Portland.

**Please see reverse side for important information!**

## OPCIONES DE PAGO
* Llame 1-800-418-8144
* Envie MoneyGram

© 1977-2010 Credit Protection Association, L.P. 13355 Noel Rd., Dallas, TX 75240
This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.