AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case ○

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

DONOVAN and JANICE FLECK

v.

CASE NUMBER: 3:11-cv-05035RBL

CREDIT PROTECTION
ASSOCIATION, L.P.,

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's Motion to  Dismiss is GRANTED and this case is DISMISSED with prejudice.

*DATED :* June 20, 2011

           WILLIAM M. McCOOL
*Clerk*

    /s/   Jean Boring
*(By) Deputy Clerk*, Jean Boring